# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MISTI COUCH, | : Case No. 3:17-cv-90 |
| Plaintiff, | : |
| | : District Judge Walter H. Rice |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

This case is before the Court on the parties' Stipulation to Award EAJA Fees under. (Doc. #14). Specifically, the parties stipulate and petition this Court to enter an order awarding attorney fees in the total amount of $ 4,000.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The award of attorney fees will fully satisfy any and all Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412, that may be payable in this case.

Any fees paid belong to Plaintiff and can be offset to satisfy pre-existing debt that Plaintiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff. Defendant will direct the Treasury Department to mail any check in

this matter to the business address of Plaintiff's counsel.

## IT IS THEREFORE ORDERED THAT:

1. The Parties' Stipulation to Award EAJA Fees (Doc. #14) is accepted and the Commissioner shall pay Plaintiff's attorney fees, costs, and expenses in the total amount of $4,000.00;

2. Counsel for the parties shall verify, **within thirty days of this Decision and Entry,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 9-12-18

Walter H. Rice
United States District Judge